1  McGREGOR W. SCOTT
   United States Attorney
2  DAVID W. SPENCER
   JUSTIN L. LEE
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6
   Attorneys for Plaintiff
7  United States of America

8

9                IN THE UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11
   UNITED STATES OF AMERICA,              CASE NO. 2:18-CR-00125-JAM
12
                        Plaintiff,        STIPULATION REGARDING EXCLUDABLE
13                                         TIME PERIODS UNDER SPEEDY TRIAL ACT;
                   v.                      FINDINGS AND ORDER
14
   DOMINIC RAYMOND OROZCO,                DATE: August 28, 2018
15                                         TIME: 9:15 a.m.
                        Defendant.        COURT: Hon. John A. Mendez
16

17

18                            **STIPULATION**

19        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

20  through defendant's counsel of record, hereby stipulate as follows:

21        1.    By previous order, this matter was set for status on August 28, 2018.

22        2.    By this stipulation, defendant now moves to continue the status conference until

23  September 25, 2018 at 9:15 a.m., and to exclude time between August 28, 2018, and September 25,

24  2018 at 9:15 a.m., under Local Code T4.

25        3.    The parties agree and stipulate, and request that the Court find the following:

26            a.    The government has represented that the discovery associated with this case

27  includes approximately 100 pages of investigative reports, a search warrant, and criminal history

28

information, as well as video files.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)     The government has also represented that within the next week it expects to produce in discovery approximately 100 pages of certified conviction records that it recently obtained.

c)     Counsel for defendant desires additional time to review the discovery that has been produced and that which will be produced shortly, to conduct investigation related to the charges, and to otherwise prepare for trial.

d)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)     The government does not object to the continuance.

f)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 28, 2018 to September 25, 2018 at 9:15 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3 must commence.

4    IT IS SO STIPULATED.

5

6

7    Dated:  August 24, 2018                    McGREGOR W. SCOTT
                                               United States Attorney
8

9                                              /s/ DAVID W. SPENCER
                                               DAVID W. SPENCER
10                                             Assistant United States Attorney

11

12   Dated:  August 24, 2018                   /s/ M. Petrik, Jr.
                                               M. Petrik, Jr.
13                                             Counsel for Defendant
                                               DOMINIC RAYMOND
14                                             OROZCO

15

16

17

18                          **FINDINGS AND ORDER**

19        IT IS SO FOUND AND ORDERED this 27th day of August, 2018.

20

21                                             /s/ John A. Mendez
                                               THE HONORABLE JOHN A. MENDEZ
                                               UNITED STATES DISTRICT COURT JUDGE
22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME                3
PERIODS UNDER SPEEDY TRIAL ACT