| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | DAVID W. SPENCER<br>JUSTIN L. LEE |
| 3 | Assistant United States Attorneys<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2900 |
| 6 | |
| 7 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOMINIC RAYMOND OROZCO,<br><br>Defendant. | CASE NO. 2:18-CR-00125-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: October 23, 2018<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a Change of Plea Hearing on October 23, 2018.

2. By this stipulation, defendant now moves to continue the change of plea hearing until November 6, 2018 at 9:15 a.m., and to exclude time between October 23, 2018, and November 6, 2018 at 9:15 a.m., under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes approximately 200 pages of investigative reports, a search warrant, and criminal history

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1 information, as well as video files. All of this discovery has been either produced directly to
2 counsel and/or made available for inspection and copying.
3   b) Counsel for defendant desires additional time to review the discovery with his
4 client, to conduct investigation related to the charged offense, and to otherwise prepare for trial.
5   c) Counsel for defendant believes that failure to grant the above-requested
6 continuance would deny him/her the reasonable time necessary for effective preparation, taking
7 into account the exercise of due diligence.
8   d) The government does not object to the continuance.
9   e) Based on the above-stated findings, the ends of justice served by continuing the
10 case as requested outweigh the interest of the public and the defendant in a trial within the
11 original date prescribed by the Speedy Trial Act.
12   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
13 et seq., within which trial must commence, the time period of October 23, 2018 to November 6,
14 2018 at 9:15 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv)
15 [Local Code T4] because it results from a continuance granted by the Court at defendant's
16 request on the basis of the Court's finding that the ends of justice served by taking such action
17 outweigh the best interest of the public and the defendant in a speedy trial.
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 22, 2018                                    McGREGOR W. SCOTT
                                                                            United States Attorney


                                                                            /s/ DAVID W. SPENCER
                                                                            DAVID W. SPENCER
                                                                            Assistant United States Attorney


Dated:  October 22, 2018                                    /s/ M. Petrik, Jr.
                                                                            M. Petrik, Jr.
                                                                            Counsel for Defendant
                                                                            DOMINIC RAYMOND
                                                                            OROZCO


### FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 22nd day of October, 2018.


                                                                            /s/ John A. Mendez
                                                                            THE HONORABLE JOHN A. MENDEZ
                                                                            UNITED STATES DISTRICT JUDGE