IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №:2:18-CR-0125-JAM |
|---|---|---|
| Plaintiff, | ) | **O R D E R** |
| | ) | **TO FILE UNDER SEAL** |
| vs. | ) | **DEFENDANT'S SENTENCING** |
| | ) | **MEMORANDUM - SUPPLEMENTAL** |
| DOMINIC RAYMOND OROZCO, | ) | |
| Defendant. | ) | |

Upon Defendant DOMINIC RAYMOND OROZCO's motion and good cause appearing,

IT IS HEREBY ORDERED THAT THE Clerk of the Court will file **under seal** his *Sentencing Memorandum - Supplemental* pursuant to Fed.R.Crim.Proc. 49.1, Local Rule 140(a), Fed.R.Evid. 501, and *Judicial Conference Policy on Privacy and Public Access to Electronic Case Files* (3/2008).

Dated: 5-20-2019

/s/ John A. Mendez
JOHN A MENDEZ
United States District Court Judge